Charles H. Bramwell, appellee, v. W. A. Hitchcock, appellant. Gen. No. 28,199.

Action of forcible detainer. Judgment for recovery of possession. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Vandorf Gray, for appellant; Arch F. Nuttall, of counsel. Kelly, Burns, Daly & Fitzgerald, for appellee; James D. Murphy, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Anton Walmont, Plaintiff in Error. Gen. No. 27,890.

Charge of assault with a revolver. Defendant found guilty and sentenced to confinement for one year. Error to the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 28, 1923.

Jaffie & Kaplan, for plaintiff in error; Stephen F. Riordan, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Cornelius Lumber Company, appellee, v. Frank I. Abbott, appellant. Gen. No. 27,942.

Suit for purchase price of carload of lumber with freight charges. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923. Certiorari denied by Supreme Court (making opinion final).

Eric Winters, for appellant. Winston, Strawn & Shaw, for appellee; Frank H. Towner, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Paul Steinlauf, appellee, v. H. E. Mulliner, appellant. · Gen. No. 27,982.

Action in forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Richard A. Koch, for appellant.    J. G. Turner, for appellee.

Mr. Justice Matchett delivered the opinion of the court.